■ NATHAN SCHWARTZ, Respondent, v. COMPANIA AZUCARERA VERTIENTES-CAMAGUEY DE CUBA, Appellant. PETER L. F. SABBATINO, as Temporary Receiver of the New York Assets of the Defendant, Respondent.— Motion by appellant for a stay of trial and all further proceedings, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the June Term, beginning May 22, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before May 10, 1961. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.